**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**120 N. HENRY ST., MADISON, WI 53703**

| | |
|---|---|
| **Jacob Rivers**,<br>Plaintiff,<br>v.<br>**City of Sun Prairie** and **Dane County**,<br>Defendants. | **Case No.:** [To be assigned by Clerk]<br><br>**ORIGINAL CIVIL RIGHTS COMPLAINT & SUMMONS (42 U.S.C. § 1983)** |

## SUMMONS IN A CIVIL ACTION

26-cv-1034-jdp

**TO:** Defendants City of Sun Prairie, Wisconsin, and Dane County, Wisconsin.

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff Jacob Rivers an answer to the attached original complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service. Failure to appear or defend will result in a judgment by default for the relief demanded.

## ORIGINAL CIVIL RIGHTS COMPLAINT & DEMAND FOR JURY TRIAL

### I. JURISDICTION AND VENUE

1. This initial civil action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation of civil rights, substantive due process, bodily integrity, and equal protection secured by the Fourteenth Amendment of the United States Constitution, alongside supplemental state law claims.
2. Jurisdiction is conferred upon this Court under 28 U.S.C. § 1331 and § 1343. Venue is proper in the Western District of Wisconsin pursuant to 28 U.S.C. § 1391(b) as all events giving rise to these claims occurred within Sun Prairie, Dane County, Wisconsin.

### II. PARTIES

3. Plaintiff Jacob Rivers is a natural person and resident of Wisconsin, residing at 1517 Trails Way, Apt. 2, Madison, WI 53704.
4. Defendant City of Sun Prairie is a municipal corporation operating municipal code enforcement, building inspection, and police departments.
5. Defendant Dane County is a municipal body politic operating within this judicial district.

FILED/REC'D
2026 OCT 15 A 10:25
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## III. FACTUAL ALLEGATIONS: HABITABILITY, SPOLIATION, AND SEVERE MEDICAL HARM

6. Plaintiff Jacob Rivers resided at 258 N. Bristol St., Sun Prairie, WI, where he and his minor household member, designated as ORN-R, were subjected to prolonged, severe habitability violations, including active asbestos contamination, extreme structural decay, unaddressed mold, moisture intrusion, and severe environmental gas/thermal instability.
7. Defendants City of Sun Prairie and its municipal actors possessed actual and constructive notice of these dangerous conditions through municipal code enforcement reports, habitability audits, and police logs, yet acted with reckless and deliberate indifference by refusing to enforce building codes or remediate the hazards.
8. Furthermore, Defendants engaged in willful spoliation of crucial evidentiary records during prior state court proceedings, intentionally obstructing access to municipal logs, inspection records, and accountability pathways.
9. **Direct Medical Impact on Minor Dependent ORN-R:** As a direct and proximate result of the toxic environmental exposure, unmitigated mold, and extreme thermal/air quality degradation at 258 N. Bristol St., minor dependent ORN-R suffered a measurable, severe escalation in seizure frequency directly tied to her pre-existing epilepsy condition, causing compounding neurological stress and extensive emergency medical interventions experienced within the household.
10. **Direct Medical Impact on Plaintiff Jacob Rivers:** As a direct and proximate result of the prolonged exposure to environmental toxins, structural deterioration, and chronic stress induced by municipal negligence, Plaintiff Jacob Rivers developed acute pancreatitis after approximately one year of residency at the premises, requiring intensive clinical intervention, ongoing diagnostic evaluations, and specialized medical care (including documented medical evaluations by treating clinicians such as Dr. Gopal and Dr. Hui Li).

## IV. CAUSES OF ACTION

11. **Count I: Violation of 42 U.S.C. § 1983 (Substantive Due Process – Bodily Integrity).** Defendants' deliberate indifference to known, life-threatening environmental and structural habitability hazards at 258 N. Bristol St. directly violated Plaintiff Jacob Rivers's constitutional right to bodily integrity, safe housing, and freedom from state-created danger, directly impacting the safety and health of his household.
12. **Count II: Municipal Liability (Monell Claim).** The constitutional violations and severe bodily injuries sustained by Plaintiff and within his household were directly caused by official municipal custom, policy, inadequate training, and systematic failure of Sun Prairie code enforcement to inspect and abate dangerous habitability violations.
13. **Count III: State Law Negligence, Spoliation, and Personal Injury.** Defendants breached non-delegable statutory and common-law duties of care regarding habitability enforcement and evidence preservation, directly causing acute pancreatitis in Plaintiff Jacob Rivers, contributing to severe household medical trauma including seizure exacerbation in minor dependent ORN-R, and resulting in extensive compensatory damages.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jacob Rivers respectfully prays for judgment against Defendants, granting:

1. Compensatory and general damages for severe physical injury, acute pancreatitis treatment, household medical expenses including treatment necessitated by minor dependent ORN-R's seizure frequency escalation, and emotional trauma;
2. Declaratory judgment that Defendants violated Plaintiff's constitutional rights;
3. Costs, statutory fees, and such other relief as the Court deems just.